United States District Court
Southern District of Texas
**ENTERED**
April 21, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:16-CR-144 |
| | § | |
| HILARIO  IBARRA-PENA | § | |

## OPINION AND ORDER GRANTING MOTION FOR CONTINUANCE

On April 21, 2016, Defendant Ibarra-Pena moved for a continuance of the final pretrial conference and jury selection and trial because the Defendant and counsel still needed additional time to investigate the Defendant's claim to derivative citizenship (D.E. 17).  The United States was unopposed to the request.

Under the Speedy Trial Act, a district court may grant a continuance and exclude the resulting delay from the time in which a trial must commence if it makes on-the-record findings that the ends of justice served by granting the continuance outweigh the public's and defendant's interests in a speedy trial. 18 U.S.C. § 3161(h)(7).

Having considered the Defendant's motion, the Court finds that the failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the Court finds that the ends of justice are served by granting a continuance in this case and outweigh the best interests of the public and Defendant in a speedy trial.

The Court **GRANTS** the Defendant's motion and **CONTINUES** the final pretrial conference until **Friday, June 3, 2016, at 10:00 a.m.** before undersigned and

schedules the jury selection and trial for **Tuesday, June 7, 2016, at 9:00 a.m.** before

Hon. Nelva Gonzales Ramos.

ORDERED this 21st day of April, 2016.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE